**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Tina M. Kaltreider                              CHAPTER 13
                            Debtor(s)
                                                BKY. NO. 21-11324 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                              Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
29 Nov 2023, 17:13:48, EST

                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322