**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Tina M. Kaltreider | CHAPTER 13 |
| Debtor(s) | |
| MIDFIRST BANK | |
| Moving Party | |
| vs. | NO. 21-11324 PMM |
| Tina M. Kaltreider | |
| Debtor(s) | |
| Scott F. Waterman | 11 U.S.C. Section 362 |
| Trustee | |

**<u>ORDER</u>**

AND NOW, this _____ day of _____, 2024 at Reading, upon consideration

of this Stipulation it is hereby  ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court

retains discretion regarding entry of any further order.


_____
United States Bankruptcy Judge