### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Tina M. Kaltreider | Debtor(s) | CHAPTER 13 |
| MIDFIRST BANK | Moving Party | |
| vs. | | NO. 21-11324 PMM |
| Tina M. Kaltreider | Debtor(s) | |
| Scott F. Waterman | Trustee | 11 U.S.C. Section 362 |

### ORDER

AND NOW, this __22nd__ day of __February__, 2024 at Reading, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_____
Honorable Patricia M. Mayer_
United States Bankruptcy Judge