| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 21-11324-PMM**

| | |
|---|---|
| Tina M. Kaltreider | Petition Filed Date: 05/10/2021 |
| 297 Rock Point Road | 341 Hearing Date: 06/08/2021 |
| Marietta  PA    17547 | Confirmation Date: 11/04/2021 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2023 | $130.00 | | 09/22/2023 | $130.00 | | 10/23/2023 | $130.00 | |
| 11/22/2023 | $130.00 | | 12/22/2023 | $130.00 | | 01/23/2024 | $130.00 | |
| 02/23/2024 | $130.00 | | 03/22/2024 | $130.00 | | 04/22/2024 | $130.00 | |
| 05/22/2024 | $130.00 | | 06/25/2024 | $130.00 | | 07/22/2024 | $130.00 | |

**Total Receipts for the Period: $1,560.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,070.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CHASE BANK USA NA<br>»» 001 | Unsecured Creditors | $1,753.80 | $76.64 | $1,677.16 |
| 2 | SANTANDER CONSUMER USA INC<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $1,083.83 | $47.36 | $1,036.47 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $2,053.92 | $89.75 | $1,964.17 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $2,287.98 | $99.98 | $2,188.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $2,357.62 | $103.02 | $2,254.60 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $1,234.31 | $53.94 | $1,180.37 |
| 8 | SYNCHRONY BANK<br>»» 008 | Unsecured Creditors | $180.51 | $0.00 | $180.51 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 009 | Unsecured Creditors | $6,749.05 | $332.28 | $6,416.77 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 010 | Unsecured Creditors | $2,441.31 | $106.68 | $2,334.63 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $993.48 | $43.41 | $950.07 |
| 12 | MIDLAND MORTGAGE<br>»» 012 | Mortgage Arrears | $150.00 | $150.00 | $0.00 |
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $3,310.00 | $3,310.00 | $0.00 |

**Chapter 13 Case No. 21-11324-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,070.00 | Current Monthly Payment: | $130.00 |
| Paid to Claims: | $4,413.06 | Arrearages: | $0.00 |
| Paid to Trustee: | $452.40 | Total Plan Base: | $7,800.00 |
| Funds on Hand: | $204.54 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.