| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 21-11324-PMM

Tina M. Kaltreider
297 Rock Point Road
Marietta  PA  17547

Petition Filed Date: 05/10/2021
341 Hearing Date: 06/08/2021
Confirmation Date: 11/04/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2024 | $130.00 | | 09/23/2024 | $130.00 | | 10/22/2024 | $130.00 | |
| 11/22/2024 | $130.00 | | 12/26/2024 | $130.00 | | 01/23/2025 | $130.00 | |
| 02/25/2025 | $130.00 | | 03/24/2025 | $130.00 | | 04/23/2025 | $130.00 | |
| 05/22/2025 | $130.00 | | 06/24/2025 | $130.00 | | 07/22/2025 | $130.00 | |

**Total Receipts for the Period: $1,560.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $6,630.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CHASE BANK USA NA<br>»» 001 | Unsecured Creditors | $1,753.80 | $195.24 | $1,558.56 |
| 2 | SANTANDER CONSUMER USA INC<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $1,083.83 | $120.68 | $963.15 |
| 4 | CAPITAL ONE BANK (USA) NA<br>»» 004 | Unsecured Creditors | $2,053.92 | $228.65 | $1,825.27 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $2,287.98 | $254.72 | $2,033.26 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $2,357.62 | $262.45 | $2,095.17 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $1,234.31 | $137.41 | $1,096.90 |
| 8 | SYNCHRONY BANK<br>»» 008 | Unsecured Creditors | $180.51 | $15.94 | $164.57 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 009 | Unsecured Creditors | $6,749.05 | $790.57 | $5,958.48 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 010 | Unsecured Creditors | $2,441.31 | $271.77 | $2,169.54 |
| 11 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $993.48 | $110.60 | $882.88 |
| 12 | MIDLAND MORTGAGE<br>»» 012 | Mortgage Arrears | $150.00 | $150.00 | $0.00 |
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $3,310.00 | $3,310.00 | $0.00 |

**Chapter 13 Case No. 21-11324-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,630.00 | Current Monthly Payment: | $130.00 |
| Paid to Claims: | $5,848.03 | Arrearages: | $0.00 |
| Paid to Trustee: | $571.35 | Total Plan Base: | $7,800.00 |
| Funds on Hand: | $210.62 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.