United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11324-pmm |
| Tina M. Kaltreider | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 18, 2026 | Form ID: 138OBJ | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tina M. Kaltreider, 297 Rock Point Road, Marietta, PA 17547-9206 |
| 14606396 | + | Mercury Card, 2220 6thStreet, Brookings, SD 57006-2403 |
| 14835645 | + | Midfirst Bank, c/o Michael Farrington,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14606400 | + | Sean Willey, 297 Rock Point Road, Marietta, PA 17547-9206 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 19 2026 00:57:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 19 2026 00:57:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14606389 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 19 2026 01:01:10 | Amazon, PO Box 1423, Charlotte, NC 28201-1423 |
| 14606390 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 19 2026 00:57:00 | Boscovs, PO Box 659622, San Antonio, TX 78265-9622 |
| 14606391 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 19 2026 01:01:03 | Capital One, PO Box 85015, Richmond, VA 23285 |
| 14617539 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 19 2026 01:01:04 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14606392 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 19 2026 01:00:55 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 14606393 | | Email/Text: mrdiscen@discover.com | Jun 19 2026 00:57:00 | Discover, PO Box 15316, Wilmington, DE 19850-5316 |
| 14614162 | + | Email/Text: mrdiscen@discover.com | Jun 19 2026 00:57:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 14606394 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 19 2026 01:01:03 | JC Penny, PO Box 965007, Orlando, FL 32896-5007 |
| 14614264 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 19 2026 01:01:03 | JPMorgan Chase Bank, N.A., PO BOX 15368, Wilmington DE 19850-5368 |
| 14611854 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 19 2026 00:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14606395 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 19 2026 01:00:52 | Kohls, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14622113 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 19 2026 01:01:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14835195 | ^ | MEBN | | |

| | | Jun 19 2026 00:52:51 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
|---|---|---|---|
| 14606397 | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | Jun 19 2026 01:01:10 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 14618709 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 19 2026 01:00:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 14618516 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 19 2026 01:00:56 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14621470 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jun 19 2026 00:57:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14621469 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jun 19 2026 00:57:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 14613228 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Jun 19 2026 00:57:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14606398 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jun 19 2026 01:00:52 | Sam's Club Credit Card, PO Box 965004, Orlando, FL 32896-5004 |
| 14606399 | Email/Text: DeftBkr@santander.us | | |
| | | Jun 19 2026 00:57:00 | Santander Bank, NA, PO Box 16255, Reading, PA 19612-6255 |
| 14621089 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jun 19 2026 01:01:11 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14794652 | + Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | Jun 19 2026 01:00:54 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14794653 | Email/PDF: acg.acg.ebn@aisinfo.com | | |
| | | Jun 19 2026 01:00:54 | Synchrony Bank by AIS InfoSource, LP as agent, Dept 888 PO BOX 4457, Houston TX 77210-4457 |
| 14606401 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jun 19 2026 01:01:10 | Synchrony Bank/ Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 14606402 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jun 19 2026 01:00:52 | TJMax Rewards, PO Box 965013, Orlando, FL 32896-5013 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MATTHEW K. FISSEL | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| THOMAS W. FLECKENSTEIN | on behalf of Debtor Tina M. Kaltreider Tom@TomFleckenstein.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 138OBJ* (6/24)–doc 43 – 40

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          )
   Tina M. Kaltreider          )        Case No. 21−11324−pmm
                          )
                          )
   Debtor(s).                )        Chapter: 13
                          )
                          )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 18, 2026                                   For The Court

                                                 Mohung Wong
                                                 Clerk of Court