**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Tina M. Kaltreider** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Eastern District of Pennsylvania** |
| | (State) |
| Case Number | **21-11324-PMM** |

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

### Part 1:   Mortgage Information

**Name of claim holder:**   MIDLAND MORTGAGE

**Court claim no.** (if known):
12-1

**Last 4 digits** of any number you use to identify the debtor's account:   ___ ___ N A

**Property Address:**   297 ROCK POINT ROAD
Number        Street

MARIETTA                                                      PA      17547
City                                                                    State    ZIP Code

### Part 2:   Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:   Arrearages

| | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $        150.00 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $        150.00 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $        -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $        150.00 |

**Part 4:** **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:          $_____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:** **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $_____ -0-

**Part 6:** **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR .**

✗ /s/ Scott F. Waterman _____          Date    06/25/2026 _____
   Signature

Trustee    Scott F. Waterman _____
           First Name        Middle Name        Last Name

Address    2901 St. Lawrence Avenue, Suite 100 _____
           Number        Street

           Reading _____ PA     19606 _____
           City                        State   ZIP Code

Contact phone    (610) 779-1313 _____          Email   info@ReadingCh13.com _____

| Debtor 1 | **Tina M. Kaltreider** | | Case Number **21-11324-PMM** | Page 1 |
|---|---|---|---|---|
| | Name | | | |

## History Of Payments

**Part 3 - b (Prepetition Arrears)**

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 12-1 | MIDLAND MORTGAGE | Pre-Petition Arrears | 10/20/2023 | 17244875 | Disbursement To Creditor/Principal | 20.60 |
| 12-1 | MIDLAND MORTGAGE | Pre-Petition Arrears | 11/17/2023 | 17245674 | Disbursement To Creditor/Principal | 117.00 |
| 12-1 | MIDLAND MORTGAGE | Pre-Petition Arrears | 12/15/2023 | 17246463 | Disbursement To Creditor/Principal | 117.00 |
| 12-1 | MIDLAND MORTGAGE | Pre-Petition Arrears | 01/22/2024 | 17247268 | Disbursement To Creditor/Principal | 117.00 |
| 12-1 | MIDLAND MORTGAGE | Pre-Petition Arrears | 02/16/2024 | 17248101 | Disbursement To Creditor/Principal | 117.00 |
| 12-1 | MIDLAND MORTGAGE | Pre-Petition Arrears | 03/12/2024 | 0000000 | Refund From Creditor | -254.60 |
| 12-1 | MIDLAND MORTGAGE | Pre-Petition Arrears | 06/18/2024 | 0000000 | Refund From Creditor | -84.00 |
| | | | | | Total for Claim Number 12-1: | 150.00 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **150.00** |